## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JASON ADAMS, on behalf of himself and all others similarly situated,**

**Plaintiff,**

**v.**

**WENCO ASHLAND, INC., WENCO AKRON LLC, WENCO INDIANA LLC, WENCO MANAGEMENT LLC, and WENCO WOOSTER, INC. d/b/a WENCO WENDY'S,**

**Defendants.**

**No. 19 Civ. 01544 (CEH)**

**Hon. Carmen E. Henderson**

### PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, SERVICE AWARD, AND ATTORNEYS' FEES AND COSTS

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Settlement, Service Award, and Attorneys' Fees and Costs, the Declaration of Molly Brooks ("Brooks Decl."), the Declaration of Nicole Fiorelli ("Fiorelli Decl."), and accompanying exhibits, Plaintiff respectfully requests that the Court enter an Order:

1.      Approving the settlement set forth in the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit 1 to the Brooks Declaration, as fair, adequate, and reasonable;

2.      Approving the proposed Notice of Settlement ("Notice") (attached as Exhibit A to the Settlement Agreement) and the plan for its distribution;

3.      Approving a Service Award of $8,000.00 to Named Plaintiff for his service to the collective;

4.      Approving Named Plaintiff's request for $150,000.00 as attorneys' fees and out-of-pockets costs and expenses;

5.      Approving Analytics LLC as the Settlement Administrator and approving payment of its fees and costs;

6.      Dismissing this action without prejudice, to be deemed dismissed with prejudice without further order of the Court one hundred and twenty (120) days after the Effective Date (the later of thirty-one (31) days after: (i) the date of the Court's Order Granting Approval of the Agreement if no appeal is taken of such Order, or (ii) the Court's entry of a final order and judgment after any appeals are resolved); and

7.      Retaining jurisdiction to enforce the settlement.

Dated:  March 4, 2021                           Respectfully submitted,

                                                */s/ Molly Brooks*
                                                Molly Brooks

                                                **OUTTEN & GOLDEN LLP**
                                                Molly Brooks*
                                                Nina Martinez*
                                                685 Third Avenue, 25th Floor
                                                New York, NY 10017
                                                Telephone: (212) 245-1000
                                                Email: mb@outtengolden.com
                                                        nmartinez@outtengolden.com

                                                Pooja Shethji*
                                                601 Massachusetts Avenue, Suite 200W
                                                Washington, D.C. 20001
                                                Telephone: (202) 847-4400
                                                Email: pshethji@outtengolden.com

**DWORKEN & BERNSTEIN CO., L.P.A.**
Nicole Fiorelli (#0079204)
60 South Park Place
Painesville, OH 44077
Telephone: (216) 861-4211
Fax: (440) 352-3469
Email: nfiorelli@dworkenlaw.com

*Attorneys for Plaintiff and the Collective*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: */s/ Molly Brooks*
Molly Brooks