# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASON ADAMS, on behalf of himself and all others similarly situated,<br><br>      **Plaintiff,**<br><br>  v.<br><br>WENCO ASHLAND, INC., WENCO AKRON LLC, WENCO INDIANA LLC, WENCO MANAGEMENT LLC, and WENCO WOOSTER, INC. d/b/a WENCO WENDY'S,<br><br>      **Defendants.** | No. 19 Civ. 01544 (CEH)<br><br>Hon. Carmen E. Henderson |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, SERVICE AWARD, AND ATTORNEYS' FEES AND COSTS**

  This matter comes before the Court on Plaintiff's Unopposed Motion for Approval of Collective Action Settlement, Service Award, and Attorneys' Fees and Costs ("Motion"). Having considered Plaintiff's Motion and supporting Memorandum and exhibits, including the parties' Joint Stipulation of Settlement and Release and the Notice of Settlement ("Notice"), and the pleadings and papers on file in this action, and for good cause established therein, the Court hereby GRANTS Plaintiff's Motion and ORDERS as follows:

  1. The Court finds that the parties' settlement in this Fair Labor Standards Act ("FLSA") action is fair, adequate, and reasonable and satisfies the standard for approval under Section 16(b) of the FLSA, 29 U.S.C. § 216(b). The parties' settlement is approved, and the terms of the Joint Stipulation of Settlement and Release are incorporated herein.

  2. The parties' agreed form Notice and the plan for its distribution are approved.

3. The service award for Named Plaintiff Jason Adams is approved and is to be distributed in the manner and subject to the terms and conditions of the Joint Stipulation of Settlement.

4. Plaintiffs' Counsel's request for attorneys' fees and out-of-pocket costs and expenses is granted.

5. Analytics LLC is approved as the Settlement Administrator.

6. This action is dismissed without prejudice. This action shall be deemed dismissed with prejudice without further order of the Court one hundred and twenty (120) days after the Effective Date (the later of thirty-one (31) days after: (i) the date of the Court's Order Granting Approval of the Agreement if no appeal is taken of such Order, or (ii) the Court's entry of a final order and judgment after any appeals are resolved).

7. The Court will retain jurisdiction over the action to enforce the terms of the Joint Stipulation of Settlement.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE CARMEN E. HENDERSON
UNITED STATES MAGISTRATE JUDGE